1
2
3
4               UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7  JOSEPH RAYMOND MCCOY, C29239,        Case No. 22-cv-01013-CRB  (PR)
8              Plaintiff,
                                        **ORDER OF TRANSFER**
9      v.
10 KATHILEEN ALISON, et al.,
11             Defendant(s).

12        Plaintiff, a prisoner at the California Substance Abuse Treatment Facility and State Prison,

13 Corcoran (SATF-CSP, Corcoran), has filed a pro se complaint for damages under 42 U.S.C. §

14 1985 challenging the California Department of Corrections and Rehabilitation's "implementation,

15 usage, and enforcement of its 'Non-Designated Programming Facility' . . . 'underground

16 regulation.'" ECF No. 1 at 1.  A substantial part of the events or omissions giving rise to the

17 claim(s) occurred, and the defendants named reside, in the counties of Kings or Sacramento,

18 which lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue

19 therefore properly lies in the Eastern District.  See id. § 1391(b).

20        Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §

21 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District

22 of California.

23        The clerk shall transfer this matter and terminate all pending motions as moot.

24        **IT IS SO ORDERED**.

25 Dated:  February 23, 2022

26                                    _____
27                                    CHARLES R. BREYER
                                      United States District Judge
28

United States District Court
Northern District of California