# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>Plaintiff,<br><br>v.<br><br>KATHILEEN ALISON, et al.,<br><br>Defendants. | No. 1:22-cv-00234 JLT EPG (PC)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO PAY THE $402.00 FILING FEE IN FULL<br><br>(Doc. 6) |

The assigned magistrate judge issued Findings and Recommendations that Plaintiff's application to proceed *in forma pauperis* be denied. (Doc. 6.) The magistrate judge found Plaintiff is subject to the three strikes bar under 28 U.S.C. § 1915(g) (*Id.* at 2-3) and that the allegations in Plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to Section 1915(g). (*Id.* at 3-4.) Therefore, the magistrate judge recommended Plaintiff be directed to pay the filing fee in full to proceed with this action. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff, which contained notice that any objections thereto were to be filed within 14 days from the date of service. (Doc. 6 at 5.) In addition, the Court advised Plaintiff "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Despite the Court granting Plaintiff an extension of time to file objections, he did not do so.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations entered on March 1, 2022 (Doc. 6), are **ADOPTED** in full.
2. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not permitted to proceed *in forma pauperis* in this action.
3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $402.00 filing fee for this action; and
4. <u>Plaintiff' is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.</u>

IT IS SO ORDERED.

Dated:   **April 11, 2022**

UNITED STATES DISTRICT JUDGE