UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND MCCOY,<br><br>   Plaintiff,<br><br>   v.<br><br>KATHILEEN ALISON, et al.,<br><br>   Defendants | No.  1:22-cv-0234 JLT EPG (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE DUE TO PLAINTIFF'S FAILURE TO PAY THE FILING FEE<br><br>(Doc. 11) |

Joseph Raymond McCoy is a state prisoner proceeding *pro se* in this civil rights action. On April 13, 2022, the Court ordered Plaintiff to pay the required filing fee of $402.00 in full within thirty days.  (Doc. 11.)  Plaintiff was also warned that failure to pay the filing fee would result in dismissal of the action without prejudice. (*Id.* at 2.)  Despite this warning, Plaintiff failed to pay the filing fee, and the matter cannot proceed at this time.  Therefore, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice.
2. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **May 31, 2022**

UNITED STATES DISTRICT JUDGE